

FILED

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _FF_                    DEPUTY

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA        )    Criminal No. 08 CR 1327-L
                                    )
12                  Plaintiff,      )    CONSENT TO RULE 11 PLEA IN A
                                    )    FELONY CASE BEFORE UNITED
13  v.                              )    STATES MAGISTRATE JUDGE
    JORGE FLORES-ROMERO             )
14                                  )
                                    )
15                  Defendant.      )
                                    )
16  _____)

17       I have been advised by my attorney and by the United States

18  Magistrate Judge of my right to enter my plea in this case before

19  a United States District Judge.  I hereby declare my intention to

20  enter a plea of guilty in the above case, and I request and

21  consent to have my plea taken by a United States Magistrate Judge

22  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

23       I understand that if my plea of guilty is taken by the

24  United States Magistrate Judge, and the Magistrate Judge

25  recommends that the plea be accepted, the assigned United States

26  District Judge will then decide whether to accept or reject any

27  plea agreement I may have with the United States and will

28  adjudicate guilt and impose sentence.



I further understand that any objections to the Magistrate Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Mayo 5 2008

Dated: _Jorge Flores_    _Jorge Flores_
                          Defendant

Dated: _5 MAY 2008_    _Kenneth R. McMullen_
                       Attorney for Defendant


The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2

Dated: _5/8/08_    _____
                   Assistant United States Attorney