```
 1  KAREN P. HEWITT
    United States Attorney
 2  GREGORY F. NOONAN
    Assistant U.S. Attorney
 3  California State Bar No. Pending
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-5790   (Telephone)/619 557-5551 (Fax)
    Email: gregory.noonan@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1327-L |
|---|---|---|
| Plaintiff, | ) | |
|  | ) | NOTICE OF APPEARANCE |
| v. | ) | |
|  | ) | |
| JORGE FLORES-ROMERO | ) | |
|  | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case.

1.   None.

//

//

//

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3 Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4     1.    None.

5     Please feel free to call me if you have any questions about this notice.

6     DATED:  May 28, 2008.

7                                         KAREN P. HEWITT
                                          United States Attorney

8

9

10                                        <u>s/Gregory F. Noonan</u>
                                       GREGORY F. NOONAN
                                       Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 Notice of Appearance                                                          08CR1327-L
United States v. Jorge Flores Romero

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JORGE FLORES-ROMERO<br><br>      Defendant. | Criminal Case No. 08CR1327-L<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

  I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

  I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated November 23, 2007, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

  1. Kenneth McMullan, Esq.

  I declare under penalty of perjury that the foregoing is true and correct.

  EXECUTED on May 28, 2008.

                  s/Gregory F. Noonan
                  GREGORY F. NOONAN
                  Assistant U.S. Attorney

Notice of Appearance                        08CR1327-L
United States v. Jorge Flores-Romero