FILED

2008 JUN 17 PM 1:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ynw_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08CR01327-001-L |
| ) | |
| v. ) | O R D E R |
| ) | |
| JORGE FLORES-ROMERO, ) | |
| ) | |
| Defendant. ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for 7/21/08 is vacated and reset to 8/18/08 at 8:30 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6/16/08

M. James Lorenz
U.S. District Judge

cc: all counsel of record

/pav