# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)  CASE NUMBER 08CR1327-L
vs )
)  ABSTRACT OF ORDER
)
)  Booking No. 06148298
Jorge Flores-Romero (1) )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/18/08
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other.

Received _____ DUSM

M. JAMES LORENZ
UNITED STATES ~~MAGISTRATE~~ JUDGE
District
OR
W. SAMUEL HAMRICK, JR.    Clerk
by  S. Volkert
Deputy Clerk

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

S. VOLKERT

CLERK'S COPY